Argued September 19, affirmed September 19, petition for rehearing denied October 11, petition for review denied November 14, 1972

STATE OF OREGON, *Respondent, v.*
CALBRUCE GREEN (No. C-72-01-0067 Cr),
*Appellant.*
500 P2d 1061

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.